| | |
|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | *    IN THE |
| | *    SUPREME COURT |
| v. | *    OF MARYLAND |
| JOSEPHIA ELEASE GEORGETTA ROUSE | *    AG No. 22 |
| | *    September Term, 2025 |

## O R D E R

Upon consideration of the parties' joint petition for indefinite suspension by consent, it is this 24th day of November 2025, by the Supreme Court of Maryland,

ORDERED that, effective 60 days after entry of this Order, Respondent, Josephia Elease Georgetta Rouse is indefinitely suspended from the practice of law in the State of Maryland for violations of Maryland Attorneys' Rules of Professional Conduct 19-301.7(a)(2), 19-301.15(a) and (b), 19-301.18(c), 19-308.4(a), 19-404, 19-408, 19-410, and § 10-306 of the Business Occupations & Professional Article; and it is further

ORDERED that Respondent shall not be permitted to apply for reinstatement until at least six (6) months from the effective date of the suspension; and it is further

ORDERED that Respondent shall pay $2,882.55 in costs to the Attorney Grievance Commission of Maryland; and it is further

ORDERED that the Clerk of this Court shall send notice of this Order in accordance with Maryland Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



*Justice Eaves did not participate in the consideration of this matter.

Gregory Hilton, Clerk